■ LAWRENCE SCHINDO, Appellant, v. JOSEPH ANTINOZZI, Respondent.— Motion by appellant to extend time to perfect appeal granted; time extended to the March Term, commencing February 27, 1961; appeal ordered on the

calendar for said term. The record and appellant's brief must be served and filed on or before February 6, 1961. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Brennan, J., not voting.